# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

| | |
|---|---|
| **IN RE APPLICATION OF ALEXANDER DOBBIE FOR DISCOVERY ASSISTANCE IN AID OF FOREIGN TRIBUNAL PURSUANT TO 28 U.S.C. § 1782(a)** | Misc. Action No. 2010-mc-50330-GER-MKM Hon. Gerald E. Rosen Magistrate Judge Mona K. Majzoub |

*EX PARTE* ORDER GRANTING **PETITION FOR ASSISTANCE IN AID TO FOREIGN TRIBUNAL**

This matter is before the Court on the Application of Alexander Dobbie, supported by the Declaration of Daniel Bach and a Brief in Support from which this Court has determined that the requisite provisional showing has been made to permit discovery in this Court in aid of a foreign tribunal.  Accordingly,

**IT IS ORDERED** that the petition of Alexander Dobbie is granted.

**IT IS FURTHER ORDERED** that a copy of this order together with copies of the Petition, Declaration, Brief in Support, Request for Production of Documents, Subpoena and Notice of Taking Deposition may be personally served upon Martin G. McNulty and served upon Daniel L. Low, Daniel A. Kotchen and Andrew A. Patterson, his counsel, by email.

**IT IS FURTHER ORDERED** in the absence of the filing of a motion for protective order within 14 days of service upon Martin G. McNulty that the requested discovery proceed in compliance with the Federal Rules of Civil Procedure.

s/Paul D. Borman
PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

Dated:  April 1, 2010