UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE APPLICATION OF ALEXANDER
DOBBIE FOR DISCOVERY ASSISTANCE      CASE NO. 2010-mc-50330
IN AID OF FOREIGN TRIBUNAL
PURSUANT TO 28 U.S.C. § 1782(a)      PAUL D. BORMAN
                                     UNITED STATES DISTRICT JUDGE

_____/

# ORDER
## AMENDING APRIL 1, 2010 COURT ORDER GRANTING EX PARTE PETITION FOR ASSISTANCE IN AID TO FOREIGN TRIBUNAL RE DISCOVERY MATTERS

The April 1, 2010 Petition/Order references:

1. Request for Production of Documents
2. Subpoena and Notice of Taking of Deposition of Martin McNulty

The Court has previously stayed depositions in the *In Re Packaged Ice Antitrust Litigation*; document discovery is proceeding. Accordingly, the Court orders that no deposition(s) take place without a prior hearing before this Court. Document discovery is not affected by this Amended Order.

SO ORDERED.

s/Paul D. Borman
PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

Dated: April 7, 2010

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on April 7, 2010.

s/Denise Goodine
Case Manager
