UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


IN RE APPLICATION OF ALEXANDER
DOBBIE FOR DISCOVERY ASSISTANCE          CASE NO. 2010-mc-50330
IN AID OF FOREIGN TRIBUNAL
PURSUANT TO 28 U.S.C. § 1782(a)          PAUL D. BORMAN
                                         UNITED STATES DISTRICT JUDGE


_____/


**ORDER**
**AMENDING APRIL 1, 2010 COURT ORDER GRANTING EX PARTE PETITION**
**FOR ASSISTANCE IN AID TO FOREIGN TRIBUNAL RE DISCOVERY MATTERS**

The April 1, 2010 Petition/Order references:

    1. Request for Production of Documents
    2. Subpoena and Notice of Taking of Deposition of Martin
    McNulty

The Court has previously stayed depositions in the *In Re Packaged Ice Antitrust*

*Litigation*; document discovery is proceeding.  Accordingly, the Court orders that no

deposition(s) take place without a prior hearing before this Court.  Document discovery is not

affected by this Amended Order.

    SO ORDERED.




                                         s/Paul D. Borman_____
                                         PAUL D. BORMAN
                                         UNITED STATES DISTRICT JUDGE


Dated:  April 7, 2010

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on April 7, 2010.

s/Denise Goodine
Case Manager